J. Curtis Edmondson (SBN 43795)
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro OR  97124
(503) 336-3749
(503) 482-7418 fax
jcedmondson@edmolaw.com
www.edmolaw.com

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOUCHPOINT COMMUNICATIONS, LLC, an Oregon Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DENTALFONE, LLC, a Florida Limited Liability Company <br><br> Defendant | Case No.: <br><br> COMPLAINT FOR DECLARATORY JUDGMENT, UNFAIR COMPETITION, AND TORTIOUS INTEFERENCE |

## **INTRODUCTION**

1.   This is a civil action seeking a declaratory judgment, injunctive relief, and damages for misrepresentation under Copyright Act 17 U.S.C.A. §101 et seq., the Lanham Act 15 U.S.C.A. §1051 et seq., and under Revised Code of Washington – Unfair Business Practices Act. Rev. C. W. A. §19.86 et seq.

2.   This case involves competitors in the field of Internet Dental Marketing.

3.   This case arises from the defendant DentalFone's ("DF") improper assertion of copyright and trade dress infringement against plaintiff  Touchstone Communications, LLC, DBA WEO

COMPLAINT - 1

Media, LLC ("WEO"), mobile phone application "tile design" which is used to select various operating functions related to obtaining and managing personal dental services.

4.   WEO  brings this action to clarify the rights of the parties and to refute the defendant's assertions of copyright  and trade dress infringement.

5.   Further WEO also seeks damages under the Copyright Act, the Lanham Act and Washington's Unfair Trade Practices Act, in compensation for the defendant's knowing and material misrepresentations with the sole attempt to limit competition in the field of internet dental marketing

**PARTIES**

6.   WEO Media is an Internet Dental Marketing company that conducts business in State of Washington, and is registered as "Touchpoint Communications LLC."  WEO is registered and operates as WEO Media, LLC in the State of Oregon.

7.   DentalFone, LLC is an Internet Dental Marketing Company that conducts business in the State of Washington, and is organized in the State of Florida.

8.   On information and belief, DF claims to own unregistered copyrights and trade dress rights in mobile phone application designs.

**JURISDICTION AND VENUE**

9.   This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C.  §§ 1331 and 1338, and the Declaratory Judgment Act, 28 U.S.C. § 2201.

///

///

COMPLAINT - 2

10. This Court has personal jurisdiction over DF for the following reasons:  DF intentionally made unwarranted demands on WEO based on meetings in the State of Washington; DF issued its copyright threat to WEO in connection with that meeting in the State of Washington; and, on information and belief, DF conducts regular business in the State of Washington.

11. On information and belief, DF does substantial business in the State of Washington. By marketing to and entering into licensing agreements with Washington based dental practices.

12. DF has provided internet marketing to Issaquah Valley Dental Care, located in Issaquah, State of Washington, and whose website homepage which notes that the design and content are copyrighted by DentalFone. Therefore, DF has an active commercial presence in the State of Washington constituting continuous and systematic contacts with the forum.

13. Venue for this action is proper under 28 U.S.C. §1391(b)(2).

## FACTUAL BACKGROUND

14. WEO's sole commercial focus is providing web-design and marketing through other internet based media to dental practices throughout the United States. As a part of WEO's comprehensive dental marketing services customers are provided custom website design, mobile websites, search-engine optimization – among other services. WEO's software platform is highly automated in an effort to provide the benefits of powerful marketing tools to its clients without overburdening a client or its staff with a heavy administrative time commitment.

15. WEO is largely considered one of the leaders in internet dental marketing web design and as such has seen its popularity and market share grow each year since its founding. This success was part of the reason that WEO was invited to March 2014, conference for the Academy of Osseointegration ("AO Conference") as a speaker. The AO Conference brings practitioners from throughout the world to present the most recent methodologies and technologies related to

implant dentistry. WEO representatives first met DF at the AO Conference on or around March 6, 2014 at Seattle, WA. Prior to meeting DF at the AO conference WEO was unaware of DF's existence. The following popular press releases in the State of Washington show that WEO has developed and solidified its reputation as the premier web design firm for the dental services industry within the State:

- **June 17, 2014** - (Tacoma, WA) - Burkhart Dental is widely recognized as one of the leaders in the dental supply business by providing their dental clients with industry leading service and high quality products. Burkhart has announced a partnership with WEO Media to offer their marketing services to Burkhart's thousands of dentists across the United States. Burkhart is excited to further demonstrate their commitment to providing the best in dental products and services by promoting WEO Media's dental marketing services.

- **November 14, 2013** - (Spokane, WA) - The Spokane District Dental Society has selected WEO Media to build them a new website.

- **June 3, 2013** - (Kirkland, WA) - Seattle Study Club (SSC) has selected WEO Media to be their exclusively endorsed company for websites and SEO (search engine optimization) services to their thousands of members worldwide. WEO Media will be constructing a new website and management platform for SSC.

- **June 7, 2012** - (Tacoma, WA) - Pierce County Dental Society selects WEO Media to create a new website, and promotes WEO Media to their members.

///

///

COMPLAINT - 4

- **November 30, 2011** - (Seattle, WA) - Seattle-King County Dental Society (SKCDS) announces partnership with WEO Media. After thoroughly analyzing many dental marketing companies the SKCDS chose to partner with and exclusively endorse WEO Media due their superior services and outstanding value to dentists.

- **November 16, 2011** - (Vancouver, WA) - Clark County Dental Society picks WEO Media to revamp their website, and promotes WEO Media to their members.

16. WEO is currently, and has been, one of the industry leaders in web-based marketing throughout the United States and the State of Washington. Over the last six years WEO has worked to develop its web-based marketing platform and reputation throughout the dental industry.

17. WEO representatives first became aware of DF at the AO conference in March 2014, located at Seattle, WA. This meeting was almost five years after the company was founded, and at least three years after WEO had begun to do substantial business in the State of Washington.

18. On November 25, 2014 ("November Letter"), DF sent WEO a cease and desist letter asserting its interest in the "unique and proprietary design" utilized on the websites and mobile apps it creates. (EXHIBIT 1).

19. On March 4, 2015 ("March Letter"), DF sent WEO a second cease and desist letter reasserting its interest in the "unique and proprietary design" utilized on the websites and mobile applications it creates. (EXHIBIT 2).

20. The March Letter was also sent to Smiles Dental, a significant client of WEO. Smiles Dental is based in the State of Washington, and has in excess of ten locations and growing rapidly.

COMPLAINT - 5

21. Approximately one month after receiving the March Letter, Smiles Dental terminated its relationship with WEO.

22. DF asserts that its "unique and proprietary designs" is related to its use of tile based visual web layout design ("Tile Base") are subject to federal copyright and trade dress protections. DF has no federal copyright or trade dress registrations related to its Tile Base.

23. Tile Base is neither new, original, nor novel. To wit: DF's design is neither "unique" nor "proprietary" as claimed in the November Letter and reasserted in the March letter.

24. wix.com ("wix") is a leader in general small business web design. On December 25, 2012 – prior to DF's initial filing with the Florida Secretary of State – wix published an article "5 Web Design Trends to Watch Out for in 2013." ("5 Designs")   Point four of this article points to the popularity of the website "pinterest.com" as a result of its "masonry layout," "tile layout" or "brick layout."(EXHIBIT 3).

25. The 5 Designs article also points out "Metro" a Microsoft Design Language which utilizes a display of "…text based buttons, 2D blocks of flat, bright tiles that represent various programs, are all a part of this design language."(EXHIBIT 3).

26. The ubiquitous use of tiles in web design and mobile application design is shown:

/ / /

/ / /

/ / /

COMPLAINT - 6

Microsoft – Screenshot on Microsoft Design Principles Web Site



Microsoft – Microsoft 8.1 user interface



///

///

///

COMPLAINT - 7

1

2

3
Pinterest – Pinterest App Screenshot on Google Play Store

4

5

6


7

8

9

10

11

12

13

14

15
Angie's List – Angie's List App Screenshot on iTunes App Store

16

17

18

19

20


21

22

23

24

25

26
/ / /

27
/ / /

28

COMPLAINT - 8

27. DF's "unique and proprietary design" merely lays generic icons over live tiles, a standard approach to Tile Base design, is shown below:



## COUNT I

### DECLARATORY JUDGMENT OF
### NON-INFRINGEMENT UNDER THE COPYRIGHT ACT

28. WEO repeats and realleges each of the allegation set forth in paragraphs 1 through, and the same incorporated herein by reference.

29. In its November Letter, DF asserts that it is the exclusive owner of a valid copyright for its "unique and proprietary design"; this is reasserted in DF's March Letter.

30. DF's "unique and proprietary design" is little more than Tile Base design.

31. Tile Base design is ubiquitous in both web and mobile application design. DF is not the creator of Tile Base, nor has DF manipulated Tile Base design sufficiently for it to become an original work.

32. Tile Base was used in the web and mobile application development industry long before DF was founded in 2013.

33. DF has no rights under the Copyright Act related to tile based design due to its ubiquitous nature, failure to sufficiently manipulate the medium, and its use in mobile application design prior to the DF's 2013 founding.

34. Therefore, WEO did not infringe DF's alleged copyrighted material related to its Tile Base design.

**COUNT II**

**DECLARATORY JUDGMENT OF
NON-INFRINGMENT UNDER THE LANHAM ACT**

35. WEO repeats and realleges each of the allegation set forth in paragraphs 1 through 34, and the same incorporated herein by reference.

36. In its November Letter, DF asserts that its "unique and proprietary design" is protected under the Lanham Act's trade dress protections; this is reasserted in DF's March Letter.

37. DF's "unique and proprietary design" is little more than Tile Base design.

38. Tile Base design is ubiquitous in both web and mobile application design. Therefore, DF's "unique and proprietary design"  is not unique, nor it is proprietary. Furthermore, no reasonable consumer would associate the Tile Base design DF uses as a source identifier.

39. Tile Base was used in the web and mobile application development industry long before DF was founded in 2013.

/ / /

/ / /

40. DF has no rights under the theory of Trade Dress related to tile based design due to its ubiquitous nature, its lack of efficacy as a source identifier, and its use in mobile application design prior to DF's 2013 founding.

41. Therefore, WEO did not infringe DF's alleged Trade Dress related to its Tile Base design.

## COUNT III

### UNFAIR TRADE PRACTICES
### R.C.W.A. §19.86

44. WEO repeats and realleges each of the allegation set forth in paragraphs 1 through 41, and the same incorporated herein by reference.

45. In its November Letter, DF asserts that it is the exclusive owner of a valid copyright, and protected under the Lanham Act's trade dress protections for its "unique and proprietary design"; these allegations are reasserted in DF's March Letter.

46. DF's "unique and proprietary design" is little more than Tile Base design.

47. Tile Base design is ubiquitous in both web and mobile application design. DF has not manipulated Tile Base sufficiently to constitute an original work as required for copyright protection. Additionally, the ubiquity of Tile Base across platforms and operating systems renders it ineffective as a source identifier, and thus, it is not protectable under the theory of trade dress.

48. Tile Base has been used in the web and mobile application development industries prior to DF's 2013 founding.

/ / /

49. DF has attempted to unfairly remove competition from the marketplace through its November Letter and March Letter in which it misrepresents its ownership of intellectual Property related to Tile Base design.

**COUNT IV**

**<u>TORTIOUS INTERFERENCE</u>**

50. WEO repeats and realleges each of the allegation set forth in paragraphs 1 through 49, and the same incorporated herein by reference.

51. WEO had an ongoing relationship with Smiles Dental, in fact, Smiles Dental held the work of WEO in high regard.

52. DF was aware of the relationship between WEO and Smiles, as indicated by the March Letter.

53. DF, by and through their agent, intentionally sent the March Letter to Smiles Dental with the goal of disrupting the relationship between WEO and Smiles Dental, and to acquire Smiles Dental as a client.

54. Since DF has failed to file for trade dress rights with the USPTO or register for copyrights with the U.S. Copyright office, its March Letter lacked a good faith basis for the assertion.

55. Smiles Dental acknowledged receipt of the March Letter, and reacted negatively.

56. Very shortly thereafter, Smiles Dental subsequently terminated their relationship with WEO.

57. Due to WEO's high retention rate of dental marketing clients it is not unusual to expect a given client relationship to last in excess of seven years.

58. DF's letter disrupted the relationship between WEO and Smiles Dental resulting economic harm to WEO.

## PRAYER FOR RELIEF

## ON ALL COUNTS

1.   WEO seeks declaratory judgment that it has not infringed the DF copyrighted works.

2.   WEO seeks declaratory judgment that it has not infringed DF's trade dress.

3.   A temporary restraining order, preliminary and permanent Injunction against DF from asserting any future claims under the Copyright Act and/or The Lanham Act related to its use of Tile Base design in its web design or mobile application development.

4.   Damages amounting in excess of seven-hundred thousand dollars ($700,000.00)

5.   An award of Attorney fees under 17 U.S.C. §501 and/or the Lanham Act.

6.   An award of interest and costs of this suit;

7.   Any and all other appropriate nondiscriminatory measures to overcome the above described actions of DF;

8.   Such other and further relief as the Court deems appropriate based on the misrepresentations by DF of their intellectual property rights.

Dated: April 15, 2015

s/ J. Curtis Edmondson
J. Curtis Edmondson
Attorney for Plaintiff
Touchstone Communications, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# MP&H   McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the desk of*
Wm. Tucker Griffith
tucker@ip-lawyers.com
Tel 860. 549.5290
Fax 860. 527.0464

CityPlace II
185 Asylum Street
Hartford, CT
06103-3410
www.ip-lawyers.com

John C. Linderman*▶
J. Kevin Grogan*▶
Marina F. Cunningham*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Kevin H. Vanderleeden▶
Gerald L. DePardo*
Emily J. Kasperowski▶
Michael D. Cartona*
Scott A. Lydon*
Alan T. Harrison*
Sergio F. Chung

*Admitted in CT
▶Admitted in MA

*Counsel*
Geoffrey G. Dellenbaugh

*Of Counsel*
Arthur F. Dionne*▶
Donald K. Huber*
John C. Hilton*

*Trademark Specialist*
Mallory Hein*

November 25, 2014

**VIA FEDEX**

WEO Media
5331 SW Macadam Ave
Suite 354
Portland, OR 97239

Re:   Infringement of Dentalfone Mobile Applications and Website
(Our File No. 8380-0005)

Dear Sir or Madam:

Our law firm represents Dentalfone, LLC ("Dentalfone"), in intellectual property matters.

As you know, Dentalfone creates websites and mobile applications for its clients using a unique and proprietary design ("Dentalfone design") that was exclusively developed by Dentalfone. Dentalfone's clients and others in the dental industry recognize the uniqueness of Dentalfone's design and as a result Dentalfone must maintain the identity and goodwill of its intellectual property rights related to the Dentalfone design.

We have become aware that you are designing websites and applications in the dental field that infringe the intellectual property rights in the Dentalfone design. In particular, we are concerned with the product shown in the enclosed screenshot ("Infringing Product"), we believe you have previously reviewed Dentalfone's materials and consider your product to be a direct copy.

The purpose of this letter is to inform you that Dentalfone's website and mobile app products are protected by copyright under 17 U.S.C. § 102. As the design of your Infringing Product is a substantially similar copy of Dentalfone's design continued use of the Infringing Product constitutes infringement of Dentalfone's rights. We note that the striking similarities between your product and the Dentalfone design first occurred shortly after you had access to the Dentalfone design at the AO Meeting in Seattle and had detailed discussions with Dentalfone regarding Dentalfone's product design, pricing and benefits.

WEO Media
8380-0005
November 25, 2014
Page 2


In addition, Dentalfone's design is protected by trade dress rights under common law. Dentalfone, through its customers and participation in numerous tradeshows and other events, has developed recognition in the marketplace as the source of the unique Dentalfone design. The design of your Infringing Product copies the overall "look and feel" of the Dentlfone design and, therefore, is likely to cause confusion as to the source of the Infringing Product. Accordingly, your sale of the Infringing Product constitutes trade dress infringement under 15 U.S.C. § 1125(a). Dentalfone must preserve the uniqueness and signifying nature of its design, and is strongly opposed to any uses which generate the appearance that Dentalfone had authorized and sponsored such uses.

In view of the foregoing, we must demand that you immediately cease and desist from making and/or selling the Infringing Product and any other products that infringe Dentalfone's intellectual property rights and remove any and all infringing uses of the Dentalfone design from any websites and/or applications including but not limited to images of the Infringing Product. We hope that you will understand Dentalfone's position in making this demand. Dentalfone is not litigious by nature, but must protect its investment in intellectual property. Accordingly, we hope that WEO will agree to the foregoing so that both parties can avoid the cost and aggravation of litigation.

We would appreciate WEO's written confirmation of compliance with Dentalfone's requests by **December 9, 2014**. In the event we fail to hear from WEO, we will advise Dentalfone to consider all legal remedies available to it.

Very truly yours,

**McCormick, Paulding & Huber LLP**


By _Wm. Tucker Griffith /msh_
Wm. Tucker Griffith

TG/MSH/sbv
Enclosure



love your smile™



Home



Locations



Services



**Peace of mind**
Your dental health
starts today



About



Insurance and Pricing



## WEOMEDIA
### Dental Marketing and Communications

Client Login

Client Support: (888) 788-4670
Sales & Partnerships: (888) 246-6906

HOME   WEBSITES   SEO   VIDEOS   NEW PATIENT REFERRALS   MORE SERVICES   SPEAKER FOR EVENTS   ABOUT WEO   CONTACT US

## Mobile Websites for Dentists

### Take Advantage of Mobile Internet Searches for Dentists!

Depending on where you live websites are accessed by mobile devices between 25% to 50% of the time. Now more than ever it is really important to have a mobile optimized website. Our mobile website service leverages your main website so all updates to your main website automatically transfer to your mobile website.

Once your dental website is launched, we will continue to work with you to maintain, promote, and update the website for years to come. We have launched hundreds of websites all across the country and we would love for your dental practice to be next. Please contact us today.

### Premium Mobile Website Design Example





## SPEAKER FOR EVENTS



If you are looking for a speaker for an upcoming event we can help.

Click Here to Learn More.

## WEOMedia DESIGNS
### Exclusive WEO Media Technology



---

Home | Websites | SEO | SEO (Search Engine Optimization) | Premium SEO Services | SEO Key Performance Indicators | PPC (Pay-per-Click) Campaigns | Microsites | Videos | New Patient Referrals | More Services | Speaker for events | About WEO | About WEO Media | Executive Team | Partnerships | Dental Societies & Organizations | Testimonials | Work at WEO Media | Blog | Webinar Archive | Newsletter Archive | in the press | resources | Contact Us | Dental Websites | Mobile websites | Premium Dental Website Examples | Premium Pediatric Dental Website Examples | Standard & Enhanced Website Design Library | Work at WEO Media | Social Media | Direct Mail Campaigns | Electronic Newsletters | Email / HIPAA Compliant Email | Logo / Design / Branding | New Patient Generation Services | Online Bill Pay & Credit Card Processing | Online Patient Forms | Online Reputation Management | Online Surveys | Patient Management | Appointment Reminders | My Dental Hub Videos & Patient Education | Guru Dental Videos & Patient Education | Webinar Archive

WEO Media is an authorized domain registrar:
Registrant's Benefits and Responsibilities | ICANN Registrant Education

WEO Dental | www.weodental.com | (888) 788-4670
PO Box 2310, Portland, OR 97208

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

COMPLAINT - 15

# MᴄCᴏʀᴍɪᴄᴋ, Pᴀᴜʟᴅɪɴɢ & Hᴜʙᴇʀ LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the desk of*
**Wm. Tucker Griffith**
tucker@ip-lawyers.com
Tel 860. 549.5290
Fax 860. 527.0464

CityPlace II
185 Asylum Street
Hartford, CT
06103-3410
www.ip-lawyers.com

John C. Linderman*✝
J. Kevin Grogan*✝
Marina F. Cunningham*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Kevin H. Vanderleeden✝
Gerald L. DePardo*
Emily J. Kasperowski✝
Michael D. Cartona*
Scott A. Lydon*
Alan T. Harrison*
Sergio F. Chung*
Raymond W. Zenkert, III*

*Admitted in CT
✝Admitted in MA

*Counsel*
Geoffrey G. Dellenbaugh*

*Of Counsel*
Arthur F. Dionne*✝
Donald K. Huber*
John C. Hilton*

*Trademark Specialist*
Mallory Hein*

March 4, 2015

**VIA FEDEX**

WEO Media
5331 SW Macadam Ave
Suite 354
Portland, OR 97239

Re:   Infringement of Dentalfone Mobile Applications and Website
      (Our File No. 8380-0005)

Dear Sir or Madam:

Our law firm represents Dentalfone, LLC ("Dentalfone"), in intellectual property matters.

As you know, Dentalfone creates websites and mobile applications for its clients using a unique and proprietary design ("Dentalfone design") that was exclusively developed by Dentalfone.

We previously informed you of Dentalfone's rights by letter dated November 25, 2014.  In reference to that letter, Dentalfone remains very concerned with your continued use of the Infringing Product (see enclosed screenshot) coupled with your failure even to acknowledge our prior notice of infringement.

The purpose of this letter is to reiterate that your continued use of the Infringing Product constitutes infringement of Dentalfone's copyrights and trade dress rights in the Dentalfone Design. Moreover, inasmuch as Dentalfone has previously provided you with notice of such infringement, any continued use by you of the Infringing Product constitutes willful infringement of Dentalfone's Design.

In view of the foregoing, we must again demand that you immediately cease and desist using the Infringing Product and any other products that infringe Dentalfone's intellectual property rights.  Due to your previous failure to respond to Dentalfone's notice of infringement, we have advised Dentalfone to consider its legal options.  If you persist in infringing Dentalfone's rights, Dentalfone shall have to resort to all legal recourse available to it.

WEO Media
8380-0005
March 4, 2015
Page 2


We hope that you will understand Dentalfone's position in making this demand. Dentalfone is not litigious by nature, but must protect its investment in intellectual property.  Accordingly, we hope that you will agree to the foregoing so that both parties can avoid the cost and aggravation of litigation.

We would appreciate your acknowledgement of and response to Dentalfone's requests no later than March 18, 2015.  In the event we fail to hear from you, we will vigorously pursue appropriate legal remedies.


Very truly yours,

**McCormick, Paulding & Huber LLP**


By _____
Wm. Tucker Griffith


TG/MSH/aer
Enclosures

cc: Smiles Dental - Via FedEx



## welovesmiles.com



**smiles dental**

We take care of you™



Home



Locations



Services



**Peace of mind**
Your dental health
starts today



About



Insurance and Pricing



  



Dental Marketing and Communications

Client Login

Client Support: (888) 788-4670
Sales & Partnerships: (888) 246-6906

## Mobile Websites for Dentists

   

**Take Advantage of Mobile Internet Searches for Dentists!**

Depending on where you live websites are accessed by mobile devices between 25% to 50% of the time. Now more than ever it is really important to have a mobile optimized website. Our mobile website service leverages your main website so all updates to your main website automatically transfer to your mobile website.

Once your dental website is launched, we will continue to work with you to maintain, promote, and update the website for years to come. We have launched hundreds of websites all across the country and we would love for your dental practice to be next. Please contact us today.

**Premium Mobile Website Design Example**



 

**WEO Media is proud to be a certified Google Partner Company.**

## SPEAKER FOR EVENTS



If you are looking for a speaker for an upcoming event we can help.

Click Here to Learn More.

## WEOMedia DESIGNS
Exclusive WEO Media Technology



3/4/2015
Case 3:15-cv-05240-JRC   Document 1   Filed 04/15/15   Page 24 of 30
WEO Media - Mobile websites - Portland, OR - Mobile Websites for Dentists - dental marketing

Home  | Websites  | SEO  | SEO (Search Engine Optimization)  | Premium SEO Services  | SEO Key Performance Indicators  | PPC (Pay-per-Click) Campaigns  | Microsites  | Video Examples
| More Services  | Upcoming Webinars  | Speaker for events  | About
WEO  | About WEO Media  | Executive Team  | Partnerships  | Dental Societies & Organizations  | Testimonials  | Work at WEO Media  | Blog  | in the press  | resources  | Contact Us
| Dental Websites  | Mobile websites  | General Dentist Website Examples  | Pediatric Dentist Website Examples  | Standard & Enhanced Website Design Library  | New Patient Referrals  | Social
Media  | Direct Mail Campaigns  | Electronic Newsletters  | Email / HIPAA Compliant Email  | Logo / Design / Branding  | New Patient Generation Services  | Online Bill Pay & Credit Card Processing
| Online Patient Forms  | Online Reputation Management  | Online Surveys  | Patient Management  | Appointment Reminders  | My Dental Hub Videos & Patient Education  | Guru Dental Videos &
Patient Education  | Webinar Archive

WEO Media is an authorized domain registrar:
Registrant's Benefits and Responsibilities | ICANN Registrant Education

WEO Media | www.weodental.com | (888) 788-4670
PO Box 2310, Portland, OR 97208

Copyright © 2011-2015 WEO Media and WEO MEDIA. All rights reserved.  Sitemap

Go to Mobile website

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Case 3:15-cv-05240-JRC    Document 1    Filed 04/15/15    Page 26 of 30

Small Business Tips    Promote Your Site    Web Design    Wix Updates    Wix.com    search

# 5 Web Design Trends to Watch Out for in 2013

December 25th 2012 | Design Inspiration

2012 was an amazing year in digital design. With the world of mobile and tablets growing in exciting and often unpredictable directions, the web continues to dynamically transform the way we think and interact. New ideas and fresh solutions are constantly coming to life, changing the digital landscape and defining new styles. With so much "new" happening, 2013 is sure to invite in some thrilling new trends. Exciting things are right around the corner, and we can't wait for the year to start!

As we venture into 2013, here's a list of 5 hot web design trends you need to know about.

## Spell It Out With Designed Typography

Typography has been freed! The dominance of fonts like Arial, Verdana or Times New Roman has significantly decreased in recent years, inviting the use of creative custom fonts. By today and into 2013, typography is becoming an integral part of any web design, determining the way information is represented, enhancing messages and adding subliminal meaning. Next year, we're expecting to see designs that use custom typography to enrich websites, often replacing the use of images.



Unique typography work on a Wix template

## Skeuomorphism – You Know You Like It

This complicated word is actually something you encounter on a daily basis. Skeuomorphism is a design style that imitates an artifact or a material. In other words,it means  making things look like other things. In the digital world, Skeuomorphism has been widely used on iOS. The iPhone calculator app, for example, literally looks like a real-world calculator. Same goes for the Notes app which looks like a regular old yellow notepad, complete with lines, margins and all. This approach is part of the reason that Apple products feel so natural and intuitive to use. Skeuomorphism will continue into 2013 and you can expect to see plenty of real life objects making their way into the digital experience.

## Subscribe to the WixBlog
And never miss an update!

Enter Your Mail    Join

## Most Popular

1    33 Free Places to Promote Your Website Online

2    How to Create a Powerful Landing Page in Under an Hour

3    15 Magnificent Artists and Illustrators Websites

4    10 Great Places to Promote Your Music Online

## Categories

Small Business Tips

Photography

Web Design

Promote Your Site

Wix Updates

Now Trending



Case 3:15-cv-05240-JRC   Document 1   Filed 04/15/15   Page 27 of 30



Skeuomorphism – Using a blackboard theme for the site layout

## It's Metro Time

"Microsoft Design Language", aka "Metro", is the new wave sweeping across web design. Solid color combinations, text-based buttons, 2D blocks of flat, bright tiles that represent various programs, are all part of this design language. Metro was partly inspired by signs commonly found at public transport systems and partly by the principals of classic Swiss graphic design. It is minimalistic, sporting an interface that goes back to the basics and offers simple, uncluttered environments to users.

Metro design is basically the opposite of Skeuomorphism, presenting elements that look nothing like real life. In the coming year, Windows 8 will become much more common in our technological surroundings, and we expect to see this design approach influencing the way people design and think the web.



Januarycreative's Website Demonstrates How To implement 'Metro' Design in a Website

## Pinterest Layout Tiles the Web

Pinterest burst into huge popularity in late 2011 and the past year in web design was largely influenced by the clean, orderly look of the dynamic grid layout. Additional names for this layout include "masonry layout", "tile layout", or "brick layout". A main characteristic of this design arrangement is that each tile has dynamic size, whether in width or height, and all tiles are ordered to fill in every blank space available. On a

Pinterest board, each tile has a dynamic height while all the tiles are always in the same width. The content, largely composed of images, is presented on a scrolling collage that clearly de-emphasizes text. The focus here is on beautiful images, placed into sticky-note sized blocks. With the great success Pinterest is enjoying, this trend is expected to grow and develop well into 2013.



Wix website inspired by the Pinterest layout

## More Custom Photography & Illustrations

Stock photos of cliché or overused metaphors are out (unless you use them ironically). Authentic and innovative images are becoming a vital part of any successful site. Our tech savvy eyes have grown mature as we're moving away from all too familiar images of pretty people with perfect teeth. Original photos of a company's employees or team members are welcome, as well as captivating images of your building or facilities, or images of real life people using you products. Custom hand-drawn illustrations and designs are great as well, as the combination of digital design with hand crafted art never gets old. 2013 will be filled with real-life images and unique visuals, even cooky ones like this:



"Plastic Ladies" using custom photography on their Wix site

Tags: Design Trends , Redesign Your Site , Web Design How To

## Other Cool Stuff





5 Great Ways to Find Out
What's Trending on the Web

5 Great Wix Features You
Should Know About

8 comments

| Add a comment... |
| --- |
| Comment |

**Victoria Mendez-Hodges** · Owner at Chaotic Flow Design
very informative :) thanks wix!
Reply · Like · March 15, 2013 at 8:13pm

**Kim Hinshaw Milberg** ·    Top Commenter
that right brain left brain thing? that's old news. Science has discovered they mirror one another.
Reply · Like · January 8, 2013 at 7:19pm

**Ivan Pierre l'Apostat** · Lausanne, Switzerland
But, I sustan your work and say, it's a good stuff... :)
Reply · Like · December 26, 2012 at 11:18am

**Shellie Griffin** · Hourly Paid Lecturer at Cardiff and Vale College
Like it, can you good people at wix advise when a new batch of fonts will be available on wix sites? Is
there any update about the use of google fonts?
Reply · Like · 3 · December 26, 2012 at 11:10am

**Hugh D Smith** · London School of Science & Technology
Business account managers should be following this closely, 2013 is going to see some exciting
changes online.
Reply · Like · December 26, 2012 at 10:38am

View 3 more

Facebook social plugin

## Leave a Reply

| Name * |
| --- |

| Email * |
| --- |

| Enter your comment here... |
| --- |

POST COMMENT

Wix.com is a leading cloud-based web development platform with millions of users worldwide. We make it simple for everyone to create a beautiful, professional web presence. No creative limits, no coding skills needed to get your business online.

| PRODUCT | COMPANY | COMMUNITY | SUPPORT |
|---|---|---|---|
| Templates | About Wix | Wix Stories | Support Center |
| Explore | Investor Relations | Wix Arena | Training Videos |
| Features | Jobs | Wix Português | |
| My Sites | Design Assets | Wix Español | |
| Premium Plans | Terms of Use | Wix Français | |
| Online Store | App Market Terms | Wix 日本語 | |
| App Market | Privacy | Wix на русском | |
| Domains | Abuse | | |
| Developers | Resellers | | |
| | Affiliates | | |
| | Contact Us | | |

Promote your business, showcase your art, set up an online shop or just test out new ideas. Wix is a website builder that has everything you need to build a fully-personalized, high-quality free website. Browse our collection of beautiful website templates. You\'ll find loads of stunning designs, ready to be customized.

© 2006-2015 Wix.com, Inc