The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TOUCHPOINT COMMUNICATIONS, LLC, an Oregon Limited Liability Company, dba WEO MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DENTALFONE, LLC, a Florida Limited Liability Company,<br><br>Defendant. | No. 3:15-cv-05240-JRC<br><br>ORDER ON STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR DEFENDANT DENTALFONE, LLC |

## STIPULATION

Pursuant to Local Civil Rule 83.2(b), the parties, through the undersigned counsel, stipulate and agree that John A. Goldmark of Davis Wright Tremaine and Tucker Griffith and Mallory S. Hein of McCormick, Paulding & Huber LLP, hereby withdraw as counsel of record for Defendant Dentalfone, LLC, and Ana-Maria Popp of Caircross & Hemplemann, P.S. will be substituted as new counsel of record for Dentalfone.

Jointly stipulated this 29th day of March 2016.

STIPULATION TO WITHDRAW COUNSEL FOR DEFENDANT
(3:15-cv-05240-JRC) – 1
DWT 29167342v2 0105030-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | | |
| 2 | *Withdrawing Attorneys for Defendant Dentalfone, LLC* | *Attorneys for Plaintiff Touchpoint Communications, LLC* |
| 3 | | |
| 4 | DAVIS WRIGHT TREMAINE LLP | LAW OFFICES OF J. CURTIS EDMONDSON |
| 5 | By s/ *John Goldmark*<br>John A. Goldmark, WSBA #40980 | By s/ J. Curtis Edmondson<br>J. Curtis Edmondson WSBA #43795 |
| 6 | 1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045 | Venture Commerce Center<br>3699 NW John Olsen Place |
| 7 | Tel: 206.622.8068; Fax: 206.757.7068<br>Email: johngoldmark@dwt.com | Hillsboro, OR  97124<br>Email: jcedmondson@edmolaw.com |
| 8 | | Tel:  503.336.3749; Fax: 503.482.7418 |
| 9 | MCCORMICK, PAULDING & HUBER LLP | SLINDE NELSON STANFORD |
| 10 | By s/ *Tucker Griffith*<br>Tucker Griffith (admitted *pro hac vice*) | Darian A Stanford, WSBA #44604<br>111 SW Fifth Avenue, Suite 1940 |
| 11 | Mallory S. Hein (admitted *pro hac vice*)<br>City Place II, 18th Floor | Portland, OR 97204<br>Tel:  503.417.7777 |
| 12 | 185 Asylum Street<br>Hartford, CT 06103-3402 | Email: darian@slindenelson.com |
| 13 | Tele: 860.549.5290; Fax: 860.527.0464<br>Email: tucker@ip-lawyers.com | |
| 14 | | |
| 15 | *Substituting Attorneys for Dentalfone, LLC* | |
| 16 | CAIRNCROSS & HEMPELMANN, P.S. | |
| 17 | By s/ *Ana-Maria Popp*<br>Ana-Maria Popp, WSBA #39614 | |
| 18 | 524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323 | |
| 19 | Tel:  206.254.4448; Fax:  206.587.2308<br>Email:  apopp@cairncross.com | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |

STIPULATION TO WITHDRAW COUNSEL FOR DEFENDANT
(3:15-cv-05240-JRC)  – 2
DWT 29167342v2 0105030-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# ORDER

Based on the foregoing stipulation of counsel, it is so ORDERED that the firms of Davis Wright Tremaine and McCormick, Paulding & Huber LLP are authorized to withdraw as counsel effective the date of this Order and Cairncross & Hempelmann, P.S are substituted as co-counsel for Defendant.

SO ORDERED this 30th day of March, 2016.

_____
J. Richard Creatura
United States Magistrate Judge

STIPULATION TO WITHDRAW COUNSEL FOR DEFENDANT
(3:15-cv-05240-JRC)  – 3
DWT 29167342v2 0105030-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax