HONORABLE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TOUCHPOINT COMMUNICATIONS, LLC, an Oregon limited liability company, d/b/a WEO MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DENTALFONE, LLC, a Florida limited liability company,<br><br>Defendant. | NO. 15-05240-JRC<br><br>STIPULATED MOTION AND ORDER RE ADR, STAYING DISCOVERY AND MODIFYING CASE SCHEDULING DEADLINES |

## I. INTRODUCTION

For the good cause described below, the parties jointly seek an order for mediation within 30 days, for a stay of discovery pending completing of the mediation, and extension of certain case scheduling deadlines in this case.

## II. STIPULATED MOTION

The parties bring this motion pursuant to Western District Local Civil Rule 16(c) and LCR 16(b)(4).  LCR 16(c) provides:

> As the case proceeds, if counsel for any party concludes that an ADR procedure would have a significant possibility of fostering an early and inexpensive resolution of the case, that counsel shall so advise the court and all other counsel in writing.  Whenever possible, such reports shall be submitted jointly by counsel for all parties.

STIPULATED MOTION AND ORDER RE ADR, STAYING DISCOVERY AND MODIFYING CASE SCHEDULING DEADLINES - 1

{03119427.DOCX;2 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

In late March, the Court issued Orders allowing Dentalfone's prior counsel to withdraw and allowing the Ana-Maria Popp and Gary C. Adler (appearing Pro Hac Vice) to substitute as counsel for Dentalfone.

Thereafter, on April 25, 2016, the Court granted the parties' stipulated motion to extend certain case deadlines, in part, in order to allow time for settlement discussions with new counsel. *Dkts. at 61, 62.* Trial in this matter is November 1, 2016.

Since the entry of this order, the parties have engaged in both discovery and in settlement discussions. Those discussions have resulted in a considerable narrowing of the issues for trial and brought the parties close to a settlement. Although direct negotiations have not yet led to a settlement, the parties' most-recent proposals were not far apart, and a mediation or settlement conference has a significant possibility of finally resolving this matter.

Accordingly, the parties jointly request that the Court order mediation of this matter within 30 days. The parties also request stay of discovery until mediation is concluded, as well as a 30-day extension of the discovery cutoff (currently August 5) and related deadlines in order to conserve resources and allow the parties to focus in the short term on settlement efforts.

Through this Stipulated Motion, the parties seek to modify the following case deadlines:

| DEADLINE | CURRENT | PROPOSED |
| --- | --- | --- |
| Last Date to File Motions Related to Discovery | July 6, 2016 | August 8, 2016 |
| Discovery Cutoff | August 5, 2016 | September 6, 2016 |
| Last Date to Amend the Pleadings | August 19, 2016 | September 19, 2016 |
| Last Date to File Dispositive Motions | September 6, 2016 | October 6, 2016 |
| Last Date to Complete Mediation | October 3, 2016 | July 15, 2016 |

STIPULATED MOTION AND ORDER RE ADR, STAYING DISCOVERY AND MODIFYING CASE SCHEDULING DEADLINES - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03119427.DOCX;2 }

1  Accordingly and pursuant to LCR 16(c) and LCR 16(b)(4), the parties respectfully
2  request the court 1) order mediation in this case within 30 days; 2) grant a brief stay of discovery
3  until after completion of mediation; and 3) grant a 30 day extension of the above deadlines to
4  allow the parties to complete mediation.
5  DATED this 9th day of June, 2016.

6  CAIRNCROSS & HEMPELMANN, P.S.        CLARK HILL PLC

8   /s/ Ana-Maria Popp                                 /s/ Gary C. Adler
9  Ana-Maria Popp, WSBA No. 39614           Gary C. Adler, (admitted pro hac vice)
   524 Second Avenue, Suite 500                  601 Pennsylvania Avenue NW
10 Seattle, WA  98104-2323                         North Building, Suite 1000
   Telephone: (206) 587-0700                       Washington DC  20004
11 Facsimile: (206) 587-2308                        Telephone: (202) 552-2363
   E-mail: apopp@cairncross.com                Facsimile: (202) 552-2378
12 Attorneys for Defendant                           E-mail: gadler@clarkhill.com
   Dentalfone, LLC                                      Attorneys for Defendant
13                                                             Dentalfone, LLC

15 SLINDE NELSON STANFORD

17  /s/ J. Curtis Edmondson, approval via email
   J. Curtis Edmondson, WSBA No. 43795
18 Attorney for Plaintiff Touchpoint
   Communications, LLC

21 //
22 //
23 //
24 //

STIPULATED MOTION AND ORDER RE ADR, STAYING DISCOVERY AND MODIFYING CASE SCHEDULING DEADLINES - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03119427.DOCX;2 }

# ORDER

Following a telephone conference with counsel and upon stipulation of the parties, and good cause appearing, the following deadlines are hereby modified to the dates shown below. The parties and the Court have agreed to extend the trial date by one month and trial is now set to begin on Thursday, December 1, 2016.

| DEADLINE | CURRENT | AMENDED |
|---|---|---|
| Last Date to File Motions Related to Discovery | July 6, 2016 | August 8, 2016 |
| Discovery Cutoff | August 5, 2016 | September 6, 2016 |
| Last Date to Amend the Pleadings | August 19, 2016 | September 19, 2016 |
| Last Date to File Dispositive Motions | September 6, 2016 | October 6, 2016 |
| Last Date to Complete Mediation | October 3, 2016 | July 15, 2016 |
| 7-Day Jury Trial | November 1, 2016 | December 1, 2016 |

The Court further orders that the parties shall engage in mediation by no later than July 15, 2016.  This matter is referred to the Honorable David W. Christel to conduct a judicial settlement conference with the parties.  Counsel for the parties shall schedule the settlement conference directly with the U.S. Magistrate Judge.  The Court further grants a stay of discovery in this case until after completion of mediation.

DATED this 10th day of June, 2016.

_____
J. Richard Creatura
United States Magistrate Judge

STIPULATED MOTION AND ORDER RE ADR, STAYING DISCOVERY AND MODIFYING CASE SCHEDULING DEADLINES - 4

{03119427.DOCX;2 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308