**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| TOUCHPOINT COMMUNICATIONS, LLC, an Oregon Limited Liability Company, dba WEO MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DENTALFONE, LLC, a Florida Limited Liability Company,<br><br>Defendant. | No. 3:15-cv-05240-JRC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

### ORDER OF DISMISSAL

Plaintiff Touchpoint Communications, LLC, an Oregon Limited Liability Company, d/b/a WEO Media, LLC and Defendant Dentalfone, LLC having resolved all claims and counterclaims set forth in this action and having stipulated to the entry of an order of dismissal, specifically incorporating the stipulation above,

IT IS HEREBY ORDERED that all claims and counterclaims raised herein be dismissed with prejudice and without an award of attorney's fees or costs to any party.

DATED this 7th day of July, 2016.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1

1  Presented by:

2  SLINDE NELSON STANFORD

3

4  */s/ J. Curtis Edmondson*
   J. Curtis Edmondson, WSBA No. 43795
5  Attorney for Plaintiff Touchpoint Communications, LLC

6

7  CAIRNCROSS & HEMPELMANN, P.S.

8

9  */s/ Ana-Maria Popp*
   Ana-Maria Popp, WSBA No. 39614
   Attorneys for Defendant Dentalfone, LLC
10

11  CLARK HILL PLC

12

13  */s/ Gary C. Adler*
   Gary C. Adler, (admitted pro hac vice)
14  Attorneys for Defendant Dentalfone, LLC

ORDER OF DISMISSAL WITH PREJUDICE - 2

204706052.1 53245/194363